1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (ILBN 6286715)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Facsimile:   (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                SAN FRANCISCO DIVISION

12

13
   UNITED STATES OF AMERICA,           )    No. CR 09-1160 VRW
14                                     )
          Plaintiff,                   )
15                                     )    [PROPOSED] ORDER EXCLUDING
       v.                              )    TIME FROM DECEMBER 10, 2009 TO
16                                     )    JANUARY 21, 2010
   ABRAHAM ISMAEL ALMANZA-             )
17 BECERRA,                            )
                                       )
18        Defendant.                   )

19

20     The parties appeared before the Honorable Vaughn R. Walker on December 10, 2009.
21 With the agreement of counsel for both parties and the defendant, the Court found and held as
22 follows:
23     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
24 § 3161, from December 10, 2009 to January 21, 2010.  Failure to grant the requested continuance
25 would unreasonably deny defense counsel reasonable time necessary for effective preparation,
26 taking into account the exercise of due diligence and the need for counsel to review the discovery
27 with the defendant.
28

ORDER EXCLUDING TIME
CR 09-1160 VRW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 10, 2009 to January 21, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 10, 2009 to January 21, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 11, 2009

/s/
JODI LINKER
Counsel for Abraham Ismael Almanza-Becerra

DATED: December 11, 2009

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/18/2009

IT IS SO ORDERED
Judge Vaughn R Walker

ORDER EXCLUDING TIME
CR 09-1160 VRW                                    -2-