1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   BRIAN C. LEWIS  (DCBN 476851)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Facsimile:   (415) 436-7234
7       E-Mail: brian.lewis@usdoj.gov

8   Attorneys for the United States of America

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,          )    No. CR 09-1160 VRW
                                       )
14          Plaintiff,                 )
                                       )    [~~PROPOSED~~] ORDER
15      v.                             )    RESCHEDULING SENTENCING
                                       )    FROM APRIL 29, 2010 TO MAY 13,
16  ABRAHAM ISMAEL ALMANZA-            )    2010
    BECERRA,                           )
17                                     )
            Defendant.                 )
18  _____)

19          On January 21, 2010, the parties appeared before the Honorable Charles R. Breyer, and

20  the defendant pled guilty to the captioned indictment.  At that time, sentencing was set for

21  April 29, 2010.  However, government counsel has recently learned that he will be traveling out

22  of state and unavailable on that date.  As such, with the agreement of counsel for both parties and

23  the defendant,[1] the Court now finds as follows:

24          The parties agree to reschedule the sentencing set in this case to Thursday, May 13, 2010

25  //

26  //

27  _____

28      [1] The government attempted to reach the U.S. Probation Officer by phone, but his voice
    mail message indicates he is out of the office until March 29, 2010.

ORDER RESCHEDULING SENTENCING
CR 09-1160 VRW

1   at 2:00 p.m.  The previous sentencing date is vacated.

2

3          IT IS SO STIPULATED.

4

5   DATED: March 26, 2010                    /s/
                                        JODI LINKER
6                                       Counsel for Abraham Ismael Almanza-Becerra

7

8   DATED: March 26, 2010                    /s/
                                        BRIAN C. LEWIS
9                                       Assistant United States Attorney

10         IT IS SO ORDERED.

11

12

13  DATED: __March 30, 2010__

14                                      VAUGHN
                                        United States District Chief Judge
15                                      Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RESCHEDULING SENTENCING
CR 09-1160 VRW                          -2-